UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL F. ARMSTRONG, as Receiver for Ashbury Capital Partners, L.P., Ashbury Capital Management, L.L.C., Apex Investments and the assets of Mark Yagalla,

                Plaintiff,

- against -

RONALD COLLINS and
LORRAINE COLLINS,

                Defendants.

01 Civ. 2437 (RCC)

**NOTICE OF CROSS-MOTION**

---

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, Defendants Ronald Collins and Lorraine Collins, by their attorneys Hodgson Russ LLP, will move this Court at the courthouse located at 500 Pearl Street, New York, New York 1007 before the Honorable Paul A. Crotty as soon as counsel can be heard, for an Order pursuant to Local Civil Rule 6.3 for reconsideration of this Court's March 24, 2010 Order granting partial summary judgment.  The Defendants will also move this Court for an Order staying the enforcement of the Order until final resolution of the case.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), answering papers shall be field within 14 days of the filing of this motion.

DATED:   New York, New York
         April 21, 2010

**HODGSON RUSS LLP**

By: _____s/Harold J. Ruvoldt_____
     Harold J. Ruvoldt, Esq. (HR 6556)
1540 Broadway, 24th Floor
New York, NY  10036
Telephone:  (212) 751-4300
*Attorneys for Defendants*